# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Nina Y. Wang

Civil Action No. 22-cv-00566-NYW-KAS

NATHANAEL EUGENE OWENS,

    Plaintiff,

v.

MISTY ZADE, and
JOHN/JANE DOE, in their individual and official capacities,

    Defendants.

---

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the Court on the Order and Recommendation of United States Magistrate Judge Kathryn A. Starnella, issued on April 3, 2024 ("Recommendation"). [Doc. 97]. Judge Starnella recommends granting in part the Motion to Drop John and Jane Doe Defendants and Move to Discovery filed by Plaintiff Nathanael Eugene Owens. [Doc. 89]. Specifically, Judge Starnella recommends, consistent with Plaintiff's request, that the Court dismiss without prejudice Defendants John/Jane Doe, who have been named in their individual and official capacities. [Doc. 97 at 1–2].

The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the Parties. [*Id.* at 3–4]; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on April 3, 2024. No Party has objected to the Recommendation and the time to do so has elapsed.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927

F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a [magistrate judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), advisory committee's note to 1983 amendment. Based on this review, the Court has concluded that the Recommendation is thorough, well-reasoned, and a correct application of the facts and the law.

Accordingly, it is **ORDERED** that:

(1) The Order and Recommendation of United States Magistrate Judge Kathryn A. Starnella [Doc. 97] is **ADOPTED**;

(2) The Motion to Drop John and Jane Doe Defendants and Move to Discovery [Doc. 89] is **GRANTED in part**;

(3) Defendants John/Jane Doe are **DISMISSED without prejudice**; and

(4) The Clerk of Court shall mail a copy of this Order to:

Nathanael Eugene Owens
#176493
Fremont Correctional Facility
P.O. Box 999
Cañon City, CO 81215-0999

DATED: April 24, 2024

BY THE COURT:

Nina Y. Wang
United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review. Fed. R. Civ. P. 72(b).